EASTERN DIST.
*April*, 1840.

ASHHURST ET AL.
*vs.*
ADAMS ET AL.

---

## ASHHURST ET AL. *vs.* ADAMS ET AL.

APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

Frivolous appeal and judgment affirmed, with maximum of damages.

This is an action by the holder against the maker and endorser of thirteen promissory notes, given for immoveable

property with mortgage.  There was judgment *in solido*, with the right of enforcing the mortgage on the property, and the defendant, Adams, alone appealed.

*T. Slidell,* for the plaintiffs and appellees.

*Macready,* contra.

*Bullard, J.,* delivered the opinion of the court.

The maker of several promissory notes is appellant from a judgment against him in favor of the holders, and the record clearly shows that the appeal was taken merely for delay.

The judgment is, therefore, affirmed, with ten per cent. damages and costs of appeal.